E-FILED
Wednesday, 13 May, 2026  09:04:44 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 24-cr-10053** |
| | ) | |
| **MELVIN MAY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**FINAL ORDER OF FORFEITURE**

THIS MATTER coming before the Court on the Government's Motion for entry of a Final Order of Forfeiture, the Court finds as follows:

1.    On January 16, 2026, this Court entered a Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 924(d), incorporating by reference the provisions of Rule 32.2 of the Federal Rules of Criminal Procedure, based upon the Defendant Melvin May's guilty plea and consent to the forfeiture allegation in the Indictment;

2.    Commencing on February 11, 2026, and continuing for thirty days thereafter, the United States posted on an official government internet site (www.forfeiture.gov) notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

3.    This Court has been advised that no petitions or claims have been filed.

ACCORDINGLY, the Government's Motion for a Final Order of Forfeiture is GRANTED and IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

A.    All right, title, and interest in and to the following are hereby forfeited to the United States: a GForce Arms Asena Silah-Bera semi-automatic 12-gauge shotgun, and a DPMS Panther Arms A-15, .223 caliber rifle.

B.    The United States, or its agents or representatives, is hereby authorized to dispose of said property in accordance with law.

ENTER: _____May 13_____, 2026.

s/ Jonathan E. Hawley

JONATHAN E. HAWLEY
UNITED STATES DISTRICT JUDGE